CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 MAR 30 PM 1:07
DEPUTY CLERK D.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

MICHELLE RENEE WEAVER,
a/k/a Michelle Renee Whitman
a/k/a "Raven"

No. 2-17CR-027-D

# INDICTMENT

The Grand Jury Charges:

## Count One
Conspiracy to Produce a False Identification Document
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury and continuing until in or about June 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and without lawful authority produce a false identification document, in violation of Title 18, United States Code, Section 1028(a)(1).

Manner and Means

It was part of this conspiracy that one or more of the conspirators would, and did:

1. Obtain names and personal identifiers of individuals and organizations through the theft of mail and burglarizing vehicles;
2. Obtain bank account information of individuals and organizations through the theft of mail and burglarizing vehicles;
3. Possess paraphernalia used to produce false identifications;
4. Make false identifications;
5. Travel to locations inside the Northern District of Texas to use the false identifications to pass counterfeit securities of an organization; and
6. Utter and possess false identifications.

Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere:

Counts Two through Seven of this indictment are hereby incorporated as overt acts of this conspiracy and of this count one.

All in violation of Title 18, United States Code, Section 371.

Count Two

Production of a False Identification Document

(Violation of 18 U.S.C. §§ 1028(a)(1), 1028(b)(1)(A)(ii), and 1028(c)(3)(A))

From on or about a date unknown to the grand jury and continuing until on or about March 7, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did knowingly and without lawful authority produce a false identification document, to wit: a Texas temporary permit, the production of the false identification document in or affecting interstate commerce, and the offense involved the production and transfer of a false identification document that was and appeared to be a personal identification card.

In violation of Title 18, United States Code, Sections 1028(a)(1), 1028(b)(1)(A)(ii), and 1028(c)(3)(A).

Count Three
Dealing in Counterfeit Obligations or Securities
(Violation of 18 U.S.C. § 473)

From on or about a date unknown to the grand jury and continuing until in or about January 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did sell, exchange, transfer, and deliver falsely made, forged, and counterfeited obligations and other securities of the United States, that is, 29 Federal Reserve Notes, each in a ten-dollar denomination, bearing serial numbers JE14762011B, JF40317159B and MB29917533A, with the intent that said Federal Reserve Notes be passed, published, and used as true and genuine.

In violation of Title 18, United States Code, Section 473.

Count Four
Conspiracy to Utter and Possess Counterfeited Securities of an Organization
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury and continuing until in or about June 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to the grand jury, to commit an offense against the United States, that is, to knowingly utter and possess counterfeited and forged securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), with the intent to deceive another person and organization, in violation of Title 18, United States Code, Section 513(a).

Manner and Means

It was part of this conspiracy that one or more of the conspirators would, and did:

1. Obtain names and personal identifiers of individuals and organizations through the theft of mail and burglarizing vehicles;

2. Obtain bank account information of individuals and organizations through the theft of mail and burglarizing vehicles;

3. Possess paraphernalia used to produce counterfeit securities of an organization;

4. Make counterfeit securities of an organization;

5. Create false identifications in order for individuals to cash the counterfeit checks;

6. Travel to locations inside the Norther District of Texas to utter counterfeit securities of an organization; and

7. Utter and possess counterfeit securities of an organization.

Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere:

Counts One, Two, Five, Six, and Seven, of this indictment are hereby incorporated as overt acts of this conspiracy and of this Count Four.

All in violation of Title 18, United States Code, Section 371.

## Count Five
### Uttering and Possessing Counterfeited Securities of an Organization
### (Violation of 18 U.S.C. § 513(a))

From on or about a date unknown to the grand jury and continuing until on or about September 24, 2014, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did knowingly utter and possess counterfeited and forged securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), to wit: check numbers 11740 and 11741, each in the amount of $656.26, in the name of Velozity Restaurants, d/b/a Tacos Garcia, and drawn on Happy State Bank, with the intent to deceive another person and organization.

In violation of Title 18, United States Code, Section 513(a).

## Count Six

Uttering and Possessing Counterfeited Securities of an Organization
(Violation of 18 U.S.C. § 513(a))

From on or about a date unknown to the grand jury and continuing until on or about May 28, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, did knowingly utter and possess counterfeited and forged securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), to wit: check number 9332 in the amount of $376.63, in the name of Richard or Gilda Crider, and drawn on Bank of America, with the intent to deceive another person and organization.

In violation of Title 18, United States Code, Section 513(a).

<u>Count Seven</u>
Misprision of Felony
(Violation of 18 U.S.C. § 4)

From on or about a date unknown to the grand jury and continuing until in or about June 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Michelle Renee Weaver**, a/k/a Michelle Renee Whitman, a/k/a "Raven," defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: knowingly producing a false identification document, in violation of Title 18, United States Code, Section 1028, did conceal the same by deleting images of the identification and photos from a computer, and did not as soon as possible make known the felony to some judge and other person in civil and military authority under the United States.

In violation of Title 18, United States Code, Section 4.

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2397
Facsimile: 806-324-2399
E-Mail: anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

MICHELLE RENEE WEAVER,
a/k/a Michelle Renee Whitman
a/k/a "Raven

INDICTMENT

| | |
|---|---|
| <u>COUNT 1</u>: | CONSPIRACY TO PRODUCE A FALSE IDENTIFICATION DOCUMENT<br>Title 18, United States Code, Section 371. |
| <u>COUNT 2</u>: | PRODUCTION OF A FALSE IDENTIFICATION DOCUMENT<br>Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(ii), 1028(c)(3)(A). |
| <u>COUNT 3</u>: | DEALING IN COUNTERFEIT OBLIGATIONS OR SECURITIES<br>Title 18, United States Code, Section 473. |
| <u>COUNT 4</u>: | CONSPIRACY TO UTTER AND POSSESS COUNTERFEIT SECURITIES OF AN ORGANIZATION<br>Title 18, United States Code, Section 371. |
| <u>COUNT 5</u>: | UTTERING AND POSSESSING COUNTERFEIT SECURITIES OF AN ORGANIZATION<br>Title 18, United States Code, Section 513(a) |
| <u>COUNT 6</u>: | UTTERING AND POSSESSING COUNTERFEIT SECURITIES OF AN ORGANIZATION<br>Title 18, United States Code, Section 513(a) |
| <u>COUNT 7</u>: | MISPRISON OF FELONY<br>Title 18, United States Code, Section 4. |

A true bill rendered:

Amarillo ______________ FOREPERSON

Filed in open court this 30th day of March, A.D. 2017.

______________ Clerk

ARREST WARRANT TO BE ISSUED

______________
UNITED STATES MAGISTRATE JUDGE