**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 APR 12 PM 4:20

DEPUTY CLERK *[signature]*

HONORABLE: CLINTON E. AVERITTE PRESIDING

DEPUTY CLERK: E. Brito

COURT REPORTER/TAPE NUMBER: Digital

LAW CLERK: ______

USPO: *Z. Poirier*

INTERPRETER: ______

Date: 4/12/17

---

Cr. No. 2:17-CR-27 DEFT. No. 1

UNITED STATES OF AMERICA §
V. §
§
MICHELLE RENEE WEAVER §
Defendant's Name

Anna Bell, AUSA

Kevin A. Isern (A)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

---

**ARRAIGNMENT/~~REARRAIGNMENT~~**

Time in Court: *11 min.*

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial: ______

Hearing Concluded: ☒ Yes ☐ No

☐ Defendant SWORN.

☒ Arraignment ☐ Rearraignment - Held on count (s) 1-7
of the 7 count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint ☐ Superseding Information

☐ Sentencing Guidelines

☒ Deft enters a plea of ☒ Not Guilty ☐ Guilty ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set Date: ______ Time: ______

☐ Trial set for Date: ______ Time: ______

Pretrial motions due: ______ Discovery motions/Government Responses due: ______

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed. PSI due: ______ Pre-sentence Referral Form to: ______

☐ Deft Bond ☐ Set ☐ reduced to $ ______ ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond ☐ continued ☐ forfeited

☒ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: ______