UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 APR 12 PM 4: 19
DEPUTY CLERK EB

| | |
|---|---|
| JUDGE: CLINTON E. AVERITTE | |
| DEPUTY CLERK: E. Brito | COURT REPORTER/TAPE NO: Digital |
| LAW CLERK: | USPO/PTSO: Z. Poirier |
| INTERPRETER: | COURT TIME: 53 min. |
| DIVISION HELD: Amarillo | DATE: 4/12/17 TIME: 1:30 p.m. |

CR. NO. 2:17-CR-27 DEFT 1

UNITED STATES OF AMERICA § Anna Bell, AUSA

V. Kevin A. Isern A

MICHELLE RENEE WEAVER § ____ A

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

___INITIAL APPEARANCE ___IDENTITY ___BOND HEARING ___PRELIMINARY HEARING

✓ DETENTION HEARING ___COUNSEL DETERMINATION HEARING ___REMOVAL HEARING ___EXTRADITION HEARING

___HEARING CONTINUED ON ____ CASE NO. ____ ___OTHER DISTRICT ___DIVISION

___DATE OF FEDERAL ARREST/CUSTODY:____ ___SURRENDER____ ___RULE 5/32 ___APPEARED ON WRIT

___DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___PROBATION/SUPERVISED RELEASE VIOLATOR

___DEFT FIRST APPEARANCE WITH COUNSEL.

✓ DEFT ___MW (MATERIAL WITNESS) ____ APPEARED ✓ WITH ___WITHOUT COUNSEL

___REQUESTS APPOINTED COUNSEL.

___FINANCIAL AFFIDAVIT EXECUTED.

___ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

___PRIVATE COUNSEL APPOINTED ____

___DEFT HAS RETAINED COUNSEL____

___ARRAIGNMENT SET ____ ___DETENTION HEARING SET ____

___PRELIMINARY HEARING SET ____ ___BOND HEARING SET ____

___COUNSEL DETERMINATION HEARING SET ____

___IDENTITY/REMOVAL HEARING SET ____

✓ BOND ✓ SET ___REDUCED TO $ 50,000. ___CASH ___SURETY ✓ ~~10%~~ 5% Secured ___PR ___UNS ___3RD PTY ___MW

___NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.

___ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

___ORDER OF DETENTION PENDING TRIAL ENTERED.

✓ DEFT ADVISED OF CONDITIONS OF RELEASE.

___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS

✓ DEFT ___MW ✓ REMANDED TO CUSTODY.

___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING

___COURT FINDS PROBABLE CAUSE ___ID ___PC.

___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

___GOVERNMENT TO NOTIFY FOREIGN CONSULAR.

REMARKS: SSA J. Kent Engelhardt sworn and testified- Government's Motion for Pretrial Detention denied.