AO 187 (Rev. 7/87) Exhibit and Witness List

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 APR 12 PM 4:20

DEPUTY CLERK EBB

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

USA

V.

MICHELLE RENEE WEAVER

## EXHIBIT AND WITNESS LIST

Case Number: 2:17-CR-27 (1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CLINTON AVERITTE | Anna Bell - Asst. US Attorney | Kevin A. Isern |
| ~~XXXX~~ DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/12/17 | Digital | E. Brito |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/12/17 | | | S.A.A.T. Kent Engelhardt sworn and testified. |
| ✓ | | 4/12/17 | ✓ | ✓ | Government's Exhibit 1 offered and admitted. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.