**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

CLERK US DISTRICT COURT NORTHERN DIST. OF TX FILED
2017 APR 21 PM 4:30
DEPUTY CLERK

U.S.A. vs Michelle Renee Weaver Docket No. 2:17-CR-00027(1)

# Petition for Action on Conditions of Pretrial Release

COMES NOW Teresa Perez, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Michelle Renee Weaver, who was placed under pretrial supervision by U.S. Magistrate Judge Clinton E. Averitte sitting in the Court at Amarillo, Texas, on April 13, 2017, under the following conditions:

The defendant was allowed to move into her mother's home located at 1415 Tennant Street, Amarillo, Texas 79104, with the understanding that there were no occupants in that home who were on probation or parole. The defendant stated in open court on April 19, 2017, that none of the occupants at her mother's residence were on probation or parole.

Respectfully Presenting Petition for Action of Court Case As Follows:

On April 18, 2017, Senior U.S. Probation Officer William Cruz conducted a home visit with Tiffany Sue Grantz, a person on his supervision caseload, at her residence located at 1415 Tennant Street, Amarillo, Texas. According to the records at the U.S. Probation Office, Ms. Grantz has been residing at this residence since March 19, 2017.

Praying That the Court Will Order a Warrant be issued for the arrest of Michelle Renee Weaver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2017

s/Teresa Perez
U.S. Probation Officer
Phone: 806-337-1755
Amarillo, Texas

Approved,

s/Tye Lawrence
Supervising U.S. Probation Officer
Phone: 806-472-1144

**ORDER**

Having considered the report of the probation office pertaining to possible violations by defendant, Michelle Renee Weaver, of his/her conditions of pretrial release, the Court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☑ ~~A summons~~ An order be issued and the defendant appear before a judge of this Court to determine whether her conditions of pretrial release should be revoked and/or modified.

☑ A hearing is set for Wednesday April 26, 2017, at 9:30 a.m..

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

Clinton E. Averitte
U.S. Magistrate Judge

April 21, 2017
Date

TP/jrh