IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE RENEE WEAVER,<br>a/k/a Michelle Renee Whitman<br>a/k/a "Raven" | No. 2:17-CR-027-D |

# MOTION TO REVOKE PRETRIAL RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Pretrial Release of Michelle Renee Weaver, in support of which the United States shows as follows:

I.

On April 13, 2017, Weaver was placed on pretrial release supervision pending trial under the following condition, among others:

**(1) The defendant must not violate federal, state, or local law while on release.**

**(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. The defendant must appear instanter.**

**(3) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

**(4) The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance**

**screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.**

**(5) The defendant must participate in one of the following location restriction programs and comply with its requirements as directed. (i) Curfew. Defendant was restricted to her residence every day as directed by the pretrial services office or supervising officer. Defendant was required to be at her residence from 7 p.m. each evening until 7 a.m. the following morning every day**.

II.

Defendant Weaver violated these conditions in that:

1. On April 13, 2017, the defendant submitted a urine sample for testing at the U.S. Probation Office, Amarillo, Texas. The urine sample yielded positive results for methamphetamine.

2. On April 25, 2017, the defendant was required to submit a urine sample to U.S. Probation Officer Teresa Perez. The defendant attempted to obstruct with the efficiency and accuracy of the screening or testing. The defendant ultimately failed to give a urine sample to USPO Perez. The defendant admitted that she had used methamphetamine on April 23, 2017.

3. On April 21, 2017, an Order was entered setting a hearing for April 26, 2017, at 9:30 a.m. The Order required that the defendant appear before a judge of this Court to determine whether her conditions of pretrial release should be revoked and/or modified. The defendant willfully failed to appear as required on April 26, 2017. The Court issued a warrant for the defendant's arrest on April 26, 2017.

4. On April 27, 2017, the defendant was arrested in Pampa, Texas. The

Defendant was charged in Pampa, Texas, with additional criminal offenses.

5. On April 26, 2017, and prior to the 9:30 a.m. hearing on the defendant's pretrial release, a fictitious bomb threat was relayed to law enforcement, threatening the J. Marvin Jones Federal Building, 205 East Fifth Avenue, Amarillo, Texas. The defendant was connected to the fictitious bomb threat.

6. The defendant was required to return home each evening by 7 p.m. On April 26, 2017, defendant left her home at 9:55 a.m. and failed to return. Her whereabouts were unknown until her arrest the morning of April 27, 2017.

II.

The United States respectfully asks that this Honorable Court revoke the defendant's pretrial release and order her to the custody of the U.S. Marshals Service pending resolution of his case.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2397
Facsimile: 806-324-2399
E-Mail: anna.bell@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Kevin Isern.

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney