# FACTUAL RESUME

UNITED STATES OF AMERICA

v.

MICHELLE RENEE WEAVER
a/k/a Michelle Renee Whitman
a/k/a "Raven"
2:17-CR-027-D

---

Defendant is pleading guilty to Counts Five and Six of the Indictment.

INDICTMENT: Violation of 18 U.S.C. § 513(a) – Uttering and Possessing Counterfeited Securities of an Organization.

MAXIMUM PENALTY: Imprisonment for a period of not more than **twenty years**; a fine not to exceed **$500,000.00,** or twice any pecuniary gain to the defendant or loss to the victim(s); two terms of supervised release of not more than **three (3) years each**. Notwithstanding any other provision of law, the Court shall not place on probation or suspend the sentence of any person sentenced under this provision of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). No person sentenced under this provision shall be eligible for parole during the term of imprisonment imposed therein.

If the defendant violates the conditions of supervised release, she could be imprisoned for the entire term of supervised release and be subject to additional supervised release.

The defendant may also be required to make restitution to victims or to the community, which may be mandatory under the law, and which defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone, and pay costs of incarceration and supervision.

ASSESSMENT: Pursuant to 18 U.S.C. § 3013(a), a mandatory assessment of **$200.00** will be made.

ELEMENTS: *First*: That the defendant knowingly made, uttered, or possessed a security;

*Second*: That the security was counterfeited or forged;

*Third*: That the forged or counterfeited security was of an organization; and

*Fourth*: That the defendant made, uttered, or possessed the forged security with the intent to deceive another person, organization, or government.

The term "counterfeited" means a document that purports to be genuine but is not, because it has been falsely made or manufactured in its entirety.

The term "forged" means a document that purports to be genuine but is not because it has been falsely altered, completed, signed, or endorsed, or contains a false addition thereto or insertion therein, or is a combination of parts of two or more genuine documents.

The term "security" means, in relevant part, a note, stock certificate, treasury stock certificate, bond, treasury bond, debenture, certificate of deposit, interest coupon, bill, check, draft, warrant, debit instrument as defined in section 916(c) of the Electronic Fund Transfer Act, money order, traveler's check, letter of credit, warehouse receipt, negotiable bill of lading, evidence of indebtedness, certificate of interest in or participation in any profit-sharing agreement, collateral-trust certificate, pre-reorganization certificate of subscription, transferable share, investment contract, voting trust certificate, or certificate of interest in tangible or intangible property.

The term "organization," means a legal entity, other than a government, established or organized for any purpose, and includes a corporation, company, association, firm, partnership, joint stock

company, foundation, institution, society, union, or any other association of persons which operates in or the activities of which affect interstate or foreign commerce.

FACTS:

On or about September 24, 2014, through May 28, 2016, in the Amarillo Division of the Northern District of Texas, and elsewhere, Michelle Renee Weaver, a/k/a Michelle Renee Whitman, a/k/a "Raven", defendant, did knowingly and intentionally utter and possess counterfeited and forged securities of an organization with the intend to deceive another person or organization.

Velozity Restaurants, Happy State Bank, and Bank of America are each "organizations" as defined by Title 18, United States Code, Section 513, because each is a legal entity, which operates in, and the activities of which affect, interstate and foreign commerce.

The Amarillo Police Department began an investigation into counterfeit checks that were passed on September 24, 2014, by a subject named Bryann Voran. An Amarillo business, Tacos Garcia, had an account at Happy State Bank under the name "Velozity Restaurants." Two checks were written on their account, made payable to Bryann Voran, and were cashed on September 24, 2014, at the Happy State Bank branch located at 701 S. Taylor. The checks, numbered #11740 and #11741 were in the amount of $656.26 each. The bank is the victim and suffered a loss of $1,312.90.

On February 3, 2015, Special Agent Savage made contact with Voran, who was in federal custody. Voran stated that Weaver printed those counterfeit checks in Voran's apartment in late 2014. Voran stated that she saw Weaver printing counterfeit checks and signing them. Voran stated that a counterfeit check was manufactured by Weaver and passed at Burlington Coat Factory for $413.00. Voran also admitted to cashing the two checks at Happy State Bank. She told officers that Weaver gave her both of those counterfeit checks. Voran stated that Weaver would print counterfeit checks and have other people cash them. Voran stated that members of the conspiracy broke into vehicles in order to steal checks and account numbers. Voran stated that Weaver changed

the information on the checks to match the identification of the people cashing the counterfeit checks. Voran stated that she would cash checks for Weaver and that, when she did, she would get ½ of the money and Weaver would get the other half.

On March 3, 2015, Special Agent Savage interviewed Michael Bailey, who is the son of Michelle Weaver. Bailey stated that Weaver had printed counterfeit checks ever since he was a child. He stated that she used a program called "checksoft," which is a check-writing program. Bailey said that members of "the group" would commit auto burglaries and mail theft. Weaver would then print counterfeit checks with the account information obtained as a result of the burglaries. Weaver would place the checks in her mailbox in color-coded envelopes and members of the group would pick up the checks and cash them at various locations in the Amarillo area.

On March 7, 2016, Officers went to the home of Weaver to arrest Weaver's current live-in boyfriend, Cody Sellers, for an outstanding warrant. Officers arrived at the home and were allowed entrance by Weaver's mother. Weaver was taken into police custody on unrelated charges. While in custody, Weaver was read her *Miranda* warnings and gave a statement. Weaver admitted that she manufactured counterfeit checks.

On May 28, 2016, Seansie Renee Giles passed a check at the Amarillo JC Penny store. The check belonged to Gaila Crider, who had a box of checks stolen from her mailbox while she was out of town Memorial Day weekend, 2016. Weaver was present with Giles when Giles passed the check. Giles was contacted on February 24, 2017, by officers regarding the check. Giles admitted that "Raven Michelle" (Weaver) gave her the forged check and was in fact the female seen with Giles at the JC Penny store. Giles identified Weaver through an old booking photo. Giles used a fake temporary ID to pass the forged checks, which supplied to her by Weaver. Giles also passed a check at Target while Weaver was present.

Weaver was arrested on April 7, 2017. Weaver was again read her *Miranda* warnings and gave a statement. Weaver admitted that she had been making counterfeit checks for "years." She admitted to

printing numerous counterfeit business checks within the last four years, but could not recall whose accounts were on the checks. She admitted to receiving various entities and people's account information from various people. Weaver knew the account information was stolen. She stated that the people who brought her the stolen information would get half of the amount made from the counterfeit checks because she liked to be fair. Weaver admitted that she was with Giles when Giles passed checks. She also admitted to making fake identification cards for people, who then used those false identifications to pass counterfeit checks.

Weaver admits that she made, uttered, or possessed counterfeit securities of an organization with the intent to deceive another person or organization.

STATUS: In custody.

I, Michelle Renee Weaver, a/k/a Michelle Renee Whitman, defendant in the above case, hereby state that the facts set forth herein are true and correct.

Dated: May 18, 2017

Michelle Renee Weaver-Whitman

Michelle Renee Weaver
a/k/a Michelle Renee Whitman
a/k/a "Raven"
Defendant

Witnessed By:

Kevin Isern
Attorney for Defendant